SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff,<br><br>  vs.<br><br>Linda Cheechov, et al<br><br>      Defendants | Case No. **2:11-cv-02776-LKK-KJN**<br><br>**ORDER RE: REQUEST FOR CONTINUANCE OF STATUS CONFERENCE** |

    IT IS HEREBY ORDERED THAT the parties shall have the status conference continued to April 30, 2012 at 11:00 a.m. The parties shall file their status reports 14 days prior to the status conference.

Date:   January 9, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT