SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, <br>       Plaintiff, <br> vs. <br> Linda Cheechov, et al, <br>       Defendants | Case No. **2:11-cv-02776-LKK-KJN** <br><br> **ORDER RE: REQUEST FOR DISMISSAL OF DEFENDANTS BENJAMIN F. RANDALL; VERA ROBERTA RANDALL** <br><br> Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendants, Benjamin F. Randall; Vera Roberta Randall, are hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date:  January 25, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02776-LKK-KJN- 1