SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Johnson<br><br>        Plaintiff,<br><br>    vs.<br><br>Cheechov, et al<br><br>        Defendants | Case No. **2:11-cv-02776-LKK-KJN**<br><br>**ORDER RE: REQUEST TO SET ASIDE ENTRY OF DEFAULT** |

    IT IS HEREBY ORDERED THAT Plaintiff's request to set aside Entry of Default filed January 10, 2012 against Defendant, Linda Cheechov is, hereby, GRANTED.

Date: March 1, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE: GRANTNG LEAVE OF COURT TO FILE AMENDED COMPLAINT

CIV: S-11-cv-02776-LKK-KJN - 1