```
                    UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,
                                        NO. CIV. S-11-2776 LKK/KJN
         Plaintiff,

    v.
                                             O R D E R
LINDA CHEECHOV, et al.,

         Defendants.
                                        /
```

A status conference was held in chambers on April 30, 2012. Upon conferring, plaintiff is granted 45 days to amend his complaint and serve new parties.

A further status conference is set for September 24, 2012 at 1:30 p.m.

IT IS SO ORDERED.

DATED: April 30, 2012.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1