UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. CIV. S-11-2776 LKK/KJN

    Plaintiff,

  v.

O R D E R

LINDA CHEECHOV, et al.,

    Defendants.
                         /

    A status conference was held in chambers on April 30, 2012. Upon conferring, plaintiff is granted 45 days to amend his complaint and serve new parties.

    A further status conference is set for September 24, 2012 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED:  April 30, 2012.

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

1