UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        NO. Civ.S-11-2776 LKK/KJN

    Plaintiff,

  v.

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

LINDA CHEECHOV, et al.,

    Defendants.

/

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents disposing of the case be filed no later than thirty (30) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>

////

////

////

1

1  <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2       IT IS SO ORDERED.

3       DATED: September 14, 2012.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT