SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:11-cv-02776-LKK-KJN** |
|           Plaintiff, | ) **ORDER RE: REQUEST FOR EXTENSION** |
|      vs. | ) **OF TIME TO FILE DISPOSITIONAL** |
| Linda Cheechov, et al | ) **DOCUMENTS** |
|           Defendants | ) |

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than November 5, 2012.

Date:  October 17, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS